# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| 701 Logistics, LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:23-cv-108 |
| KLX Energy Services, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiffs and Defendant KLX Energy Services, LLC have advised the court that they have reached a settlement. Pursuant to Local Civil Rule 41.1, they are directed to file their closing documents within thirty (30) days from the date of this order. See D.N.D. Civ. L. R. 41.1.

**IT IS SO ORDERED**.

Dated this 19th day of March, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter Magistrate Judge
United States District Court